UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
**DEBRA BROWN,**     )
    **Plaintiff,**     )
         )
    **v.**     )
         )
**BANK OF AMERICA, et al.**     )
    **Defendants**     )
_____)

## ORDER OF RECUSAL

**Boal, M.J.**

    I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.

**SO ORDERED**.

                                              /s/ Jennifer C. Boal
                                              Jennifer C. Boal
                                              United States Magistrate Judge

Date: July 9, 2010