UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11085-GAO

DEBRA BROWN,
Plaintiff,

v.

BANK OF AMERICA CORPORATION
and FANNIE MAE,
Defendants.

ORDER
August 9, 2010

O'TOOLE, D.J.

After consideration of the parties' submissions, the following motions are DENIED:

1. Plaintiff's Motion for Summary Judgment (dkt. no. 12);

2. Plaintiff's Second Motion to Remand (dkt. no. 18);

3. Plaintiff's Motion for Sanctions (dkt. no. 20).

It is SO ORDERED.

/s/
George A. O'Toole, Jr.
United States District Judge