UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Debra Brown</u>
**Plaintiff**

v.   CIVIL ACTION NO.   10-11085-GAO

<u>Bank of America Corporation et al</u>
**Defendant**

### ORDER OF DISMISSAL

<u>O'Toole, D.J.</u>

In accordance with the Court's Opinion and Order dated March 31, 2011 granting the Defendant's Motion to Dismiss (dkt. no. 7) it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>Dated:   4/4/2011</u>   By   <u>/s/Christopher Danieli</u>
                                   Deputy Clerk